88/5924

**Appeal Ordered Withdrawn and Opinion issued November 3, 1999**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-99-01572-CR

## MICHAEL GLENN COPLEY, Appellant

### V.

### STATE OF TEXAS, Appellee

**On Appeal from the County Criminal Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. MB98-3375-F**

## OPINION PER CURIAM

Before Chief Justice Thomas and Justices Kinkeade and O'Neill

Appellant has filed a motion to withdraw the appeal. Appellant's counsel has approved the motion.

This Court hereby **GRANTS** the motion and **ORDERS** the appeal withdrawn and that this decision be certified below for observance. See TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47

Case Number: 05-99-01572-CR    Date Filed: 09/20/1999

Style: Copley, Michael Glenn
v.
The State of Texas

Trial Judge:            Fuller, Tom
Trial Court Reporter:       West, Donna
Trial Court:            COUNTY CRIMINAL COURT NO 5  Trial County:       DALLAS

APP    Bill Booth
ATT 002648000
Abrams Centre Bank Building
9330 LBJ FWY.
SUITE 900
Dallas, TX 75243
Phone 214/520-8982
Fax

STA    Kerry Fitzgerald
ATT 007088000
Assistant District Attorney
133 N. Industrial, LB 19
Dallas, TX 75207
Phone 214/653-3600
Fax   /  -